AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:24-CV-01626-MLP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **RocketReach LLC**
was recieved by me on **10/18/2024:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Registered Agents Inc.**, who is designated by law to accept service of process on behalf of **RocketReach LLC** at **30 N Gould St Suite R, Sheridan, WY 82801** on **10/23/2024 at 2:06 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date:   10/24/2024

*Server's signature*

**Dustin Looper**
*Printed name and title*

**101 E Loucks St
Unit 6384
Sheridan, WY 82801**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to Registered Agents Inc. with identity confirmed by holly reynolds clerk for registered agent confirmed the identity of rocketreach llc by stating they were the registered agent. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 18-25 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**



Tracking #: **0146786683**
