Hon. Michelle Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH SANT, MERTON CHUN, RONESHA SMITH, and HEATHER NICASTRO, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>ROCKETREACH LLC,<br><br>Defendant. | Case No. 2:24-cv-1626<br><br>STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE |

**STIPULATION**

WHEREAS, Plaintiffs Joseph Sant, Merton Chun, Ronesha Smith, and Heather Nicastro (collectively, "Plaintiffs") filed Case No. 2:24-cv-1626 against RocketReach LLC ("Defendant") on October 8, 2024;

WHEREAS, Defendant was served with Plaintiffs' Complaint on October 23, 2024;

WHEREAS, Defendant's deadline to respond to Plaintiffs' Complaint is November 13, 2024;

WHEREAS, Defendant recently retained counsel, and to provide Defendant sufficient time to respond, the parties have agreed, subject to Court approval, to an extension of time to respond;

THEREFORE, Plaintiffs and Defendant hereby STIPULATE AND AGREE to extend the deadline for Defendant to answer or otherwise respond to the Complaint to December 28, 2024.

STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE - 1
Case No. 2:24-cv-1626

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN) / (206) 709-5901 (FAX)

This stipulation shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver or otherwise affect any right, defense, claim or objection by any party.

In the event Defendant files a response by motion, the parties further agree to extend the response and reply deadlines as follows. The deadline for Plaintiffs' response to Defendant's motion shall be February 11, 2025; and the deadline for Defendant's reply shall be March 13, 2025

Stipulated to this __ day of November, 2024.

Presented and stipulated to by:

NICK MAJOR LAW


By: */s/ Nick Major*_____
Nick Major, WSBA #49579
450 Alaskan Way S., #200
Seattle, WA 98104
Email: nick@nickmajorlaw.com
*Of Attorneys for Plaintiffs*

HEDIN LLP

By: */s/ Tylser K. Somes*_____
Tyler K. Somes, *Pro Hac Application Forthcoming*
1100 15th St NW, Ste. 04-108
Washington, D.C. 20005
Email: tsomes@hedinllp.com
*Of Attorneys for Plaintiffs*


Stipulated to by:

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP


By: */s/ Patrick G. Lynch*_____
Patrick G. Lynch, WSBA #53147
520 Pike St., Ste. 2350
Seattle, Washington 98101
Patrick.Lynch@wilsonelser.com
*Attorneys for RocketReach LLC.*

STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE - 2
Case No. 2:24-cv-1626

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN) / (206) 709-5901 (FAX)

**ORDER**

IT IS SO ORDERED.

DATED this ___ day of November, 2024

_____
HON. MICHELLE PETERSON
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE - 3
Case No. 2:24-cv-1626

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN) / (206) 709-5901 (FAX)