THE HONORABLE RICARDO S. MARTINEZ
NOTING DATE: Thursday, March 20, 2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH SANT, MERTON CHUN, RONESHA SMITH, and HEATHER NICASTRO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKETREACH LLC,<br><br>Defendant. | CAUSE NO. 2:24-cv-1626<br><br>[PROPOSED] ORDER GRANTING DEFENDANT ROCKETREACH LLC'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS |

Before the Court is Defendant RocketReach LLC's Motion to Compel Arbitration and Stay Proceedings. For the reasons set forth in RocketReach LLC's motion, the Motion is hereby GRANTED.

DATED this 27th day of December, 2024.

---

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT
ROCKETREACH LLC'S MOTION TO COMPEL
ARBITRATION AND STAY PROCEEDINGS – 1
2:24-cv-1626

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

1  Presented by:

2      WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP

3

4  By: *s/ Patrick Lynch*
    Anjali Das, *Pro Hac Vice*

5      Matthew N. Foree, *Pro Hac Vice*
    Patrick Lynch, WSBA #53147

6      520 Pike Street, Suite 2350
    Seattle, WA 98101

7      (206) 709-6665 (direct)
    (206) 709-5900 (main)

8      (206) 709-5901 (fax)
    Anjali.Das@Wilsonelser.com

9      Matthew.Foree@wilsonelser.com
    Patrick.lynch@wilsonelser.com

10

11      *Attorney for Defendant*

12

13

14

15

16

17

18

19

20

21

22

23

24

[PROPOSED] ORDER GRANTING DEFENDANT ROCKETREACH LLC'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS – 2
2:24-cv-1626

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

**CERTIFICATE OF SERVICE**

1

2    The undersigned certifies that on December 27, 2024, a true and correct copy of the foregoing was served on the attorneys of record listed below, via the method indicated:

3

| *Counsel for Plaintiffs*<br>Nick Major, WSBA #49579<br>NICK MAJOR LAW<br>450 Alaskan Way S, #200<br>Seattle, WA 98104<br>Nick@nickmajorlaw.com<br><br>Tyler K. Somes, *Pro Hac Vice*<br>HEDIN LLP<br>1100 15th St NW, Ste. 04-108<br>Washington, D.C. 20005<br>tsomes@hedinllp.com | ☒ U.S. Mail<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight<br>☒ E-mail<br>☒ E-Service via Court Application<br>☐ Messenger |
|---|---|

I certify under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 27th day of December, 2024, at Seattle, Washington.

<u>/s/J. Y'honatan Frakes</u>
J. Y'honatan Frakes, Legal Assistant
Yhon.frakes@wilsonelser.com

---

[PROPOSED] ORDER GRANTING DEFENDANT ROCKETREACH LLC'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS – 3
2:24-cv-1626

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)