UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH SANT, MERTON CHUN, RONESHA SMITH, and HEATHER NICASTRO, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ROCKETREACH LLC,

Defendant.

CAUSE NO. 2:24-cv-1626

[PROPOSED] ORDER GRANTING DEFENDANT ROCKETREACH LLC'S MOTION TO DISMISS

Before the Court is Defendant RocketReach LLC's Motion to Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(6). For the reasons set forth in Defendant's Motion, the Motion to Dismiss is hereby GRANTED.

DATED this 27th day of December, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

1

2          Presented by:

3      WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
4

5   By: s/ Patrick Lynch
       Anjali Das, Pro Hac Vice
6      Matthew N. Foree, Pro Hac Vice
       Patrick Lynch, WSBA #53147
7      520 Pike Street, Suite 2350
       Seattle, WA 98101
8      (206) 709-6665 (direct)
       (206) 709-5900 (main)
9      (206) 709-5901 (fax)
       Anjali.Das@Wilsonelser.com
10     Matthew.Foree@wilsonelser.com
       Patrick.lynch@wilsonelser.com
11
       Attorneys for Defendant
12

13

14

15

16

17

18

19

20

21

22

23

24

[PROPOSED] ORDER GRANTING DEFENDANT          WILSON, ELSER, MOSKOWITZ,
ROCKETREACH LLC'S MOTION TO COMPEL              EDELMAN & DICKER LLP
ARBITRATION AND STAY PROCEEDINGS – 2         520 PIKE STREET, SUITE 2350
2:24-cv-1626                                      SEATTLE, WA 98101
                                                 (206) 709-5900 (MAIN)
                                                 (206) 709-5901 (FAX)

# CERTIFICATE OF SERVICE

The undersigned certifies that on December 27, 2024, a true and correct copy of the foregoing was served on the attorneys of record listed below, via the method indicated:

| | |
|---|---|
| ***Counsel for Plaintiffs***<br>Nick Major, WSBA #49579<br>NICK MAJOR LAW<br>450 Alaskan Way S, #200<br>Seattle, WA 98104<br>Nick@nickmajorlaw.com<br><br>Tyler K. Somes, *Pro Hac Vice*<br>HEDIN LLP<br>1100 15th St NW, Ste. 04-108<br>Washington, D.C. 20005<br>tsomes@hedinllp.com | ☑ U.S. Mail<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight<br>☑ E-mail<br>☑ E-Service via Court Application<br>☐ Messenger |

I certify under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 27th day of December, 2024, at Seattle, Washington.


*/s/J. Y'honatan Frakes*
J. Y'honatan Frakes, Legal Assistant
Yhon.frakes@wilson.com

[PROPOSED] ORDER GRANTING DEFENDANT
ROCKETREACH LLC'S MOTION TO COMPEL
ARBITRATION AND STAY PROCEEDINGS – 3
2:24-cv-1626

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)