The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH SANT, MERTON CHUN, RONESHA SMITH, and HEATHER NICASTRO, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>ROCKETREACH LLC,<br><br>Defendant. | Case No. 2:24-cv-1626-RSM<br><br>STIPULATED MOTION TO EXTEND RESPONSE AND REPLY DEADLINES PERTAINING TO DEFENDANT'S MOTION TO DISMISS, MOTION TO STRIKE, AND MOTION TO COMPEL ARBITRATION |

**STIPULATION**

WHEREAS, Plaintiffs Joseph Sant, Merton Chun, Ronesha Smith, and Heather Nicastro (collectively, "Plaintiffs") filed Case No. 2:24-cv-1626 against RocketReach LLC ("Defendant") on October 8, 2024;

WHEREAS, Defendant was served with Plaintiffs' Complaint on October 23, 2024;

WHEREAS, Defendant on December 27, 2024 filed a Motion to Dismiss (ECF No. 18), a Motion to Strike Class Allegations (ECF No. 19), and a Motion to Compel Arbitration and Stay Proceedings (ECF No. 16) (taken together, the "Motions");

WHEREAS, Plaintiffs' current deadline to respond to the Motions is February 11, 2025;

WHEREAS, Plaintiffs' counsel has numerous interceding briefing deadlines and arguments in other matters before February 11, 2025;

WHEREAS, Defendant's current deadline to reply to Plaintiffs' anticipated responses is February 18, 2025;

STIPULATED MOTION TO EXTEND RESPONSE AND REPLY DEADLINES PERTAINING TO DEFENDANT'S MOTION TO DISMISS, MOTION TO STRIKE, AND MOTION TO COMPEL ARBITRATION - 1
Case No. 2:24-cv-1626-RSM

HEDIN LLP
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
+1 (305) 357-2107

WHEREAS, Defendant's counsel has numerous interceding briefing deadlines in other matters before February 18, 2025;

THEREFORE, Plaintiffs and Defendant hereby STIPULATE AND AGREE to extend the deadline for Plaintiffs to respond to the Motions to March 13, 2025 and the deadline for Defendant to reply to Plaintiffs' anticipated responses to April 14, 2025.  This stipulation shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver or otherwise affect any right, defense, claim or objection by any party.

Stipulated to this 21st day of January, 2025.

Presented and stipulated to by:

NICK MAJOR LAW

By: /s/ Nick Major
Nick Major, WSBA #49579
450 Alaskan Way S., #200
Seattle, WA 98104
Email: nick@nickmajorlaw.com
*Attorneys for Plaintiffs*

HEDIN LLP

By: /s/ Tyler K. Somes
Tyler K. Somes, *Pro Hac Vice*
1100 15th St NW, Ste. 04-108
Washington, D.C. 20005
Email: tsomes@hedinllp.com
*Attorneys for Plaintiffs*

Stipulated to by:

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: /s/ Patrick G. Lynch
Patrick G. Lynch, WSBA #53147
520 Pike St., Ste. 2350
Seattle, Washington 98101
Patrick.Lynch@wilsonelser.com
*Attorney for RocketReach LLC.*

STIPULATED MOTION TO EXTEND RESPONSE AND REPLY DEADLINES PERTAINING TO DEFENDANT'S MOTION TO DISMISS, MOTION TO STRIKE, AND MOTION TO COMPEL ARBITRATION - 2
Case No. 2:24-cv-1626-RSM

HEDIN LLP
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
+1 (305) 357-2107

## ORDER

IT IS SO ORDERED.

DATED this 27th day of January, 2025.

                                                          RICARDO S. MARTINEZ
                                                          UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND RESPONSE AND REPLY
DEADLINES PERTAINING TO DEFENDANT'S MOTION TO
DISMISS, MOTION TO STRIKE, AND MOTION TO COMPEL
ARBITRATION - 3
Case No. 2:24-cv-1626-RSM

**HEDIN LLP**
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
+1 (305) 357-2107