The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH SANT, MERTON CHUN, RONESHA SMITH, and HEATHER NICASTRO, individually and on behalf of all others similarly situated

Plaintiffs,

vs.

ROCKETREACH LLC,

Defendant.

Case No. 2:24-cv-1626-RSM

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

### **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Civil Rule 7(n), Plaintiffs Joseph Sant, Merton Chun, Ronesha Smith, and Heather Nicastro write to advise the Court of Supplemental Authority issued after Plaintiffs filed their Oppositions to Defendant's Motion to Dismiss and Motion to Strike. *See* ECF Nos. 25, 27.

Plaintiffs attach as Exhibit A an order issued in *LaRock v. ZoomInfo Technologies LLC*, Case No. 3:24-cv-057445 (D. Wash. May 8, 2025). Like the instant action, *ZoomInfo* concerns claims brought under the Washington Personality Rights Act ("WPRA") as a class action. In *ZoomInfo*, the Hon. Judge Evanson denied defendant ZoomInfo Technologies LLC's motion to dismiss and motion to strike. The district court concluded that: (1) the plaintiff stated a claim under the WPRA and that the "merely descriptive" and "incidental use" exceptions appearing in Wash. Rev. Code § 63.60.070(5)-(6) did not apply to the plaintiff's claim; and (2) the WPRA's

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY   1
Case No. 2:24-cv-1626-RSM

HEDIN LLP
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
+1 (305) 357-2107

1  class action bar, *see* Wash. Rev. Code § 63.60.070(3), does not apply in federal court because it

2  is procedural rule which must yield to Federal Rule of Civil Procedure 23 in a federal forum.

5  Dated: May 8, 2025                    Respectfully submitted,

6                                        By:  */s/ Nick Major*

7  

8  **NICK MAJOR LAW**
   NICK MAJOR
   450 Alaskan Way S. #200

9  Seattle, WA 98104
   Telephone: (206) 410-5688

10 E-Mail: nick@nickmajorlaw.com

12 **HEDIN LLP**
   Tyler K. Somes (*pro hac vice*)

13 1100 15th Street NW, Ste 04-108
   Washington, DC 20005

14 Telephone: (202) 900-3331
   Email: tsomes@hedinllp.com

15 

16 *Counsel for Plaintiffs and the Putative Class*

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY  2
Case No. 2:24-cv-1626-RSM

**HEDIN LLP**
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
+1 (305) 357-2107

**CERTIFICIATE OF SERVICE**

I hereby certify that on May 8, 2025, I electronically filed the forgoing using the CM/ECF system, which will send notification of such filing to all counsel of record registered on the CM/ECF system.

Dated this 8th day of May, 2025

/s/ *Tyler K. Somes*
Tyler K. Somes

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY  3
Case No. 2:24-cv-1626-RSM

**HEDIN LLP**
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
+1 (305) 357-2107