UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH SANT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKETREACH LLC,<br><br>Defendant. | CASE NO. C24-1626RSM<br><br>RULE 16(B) AND RULE 23(D)(2) SCHEDULING ORDER REGARDING CLASS CERTIFICATION MOTION |

| | |
|---|---|
| Class certification discovery cut-off | November 7, 2025 |
| Deadline for Plaintiffs to file motion for class certification:<br> (noted 21 days after filing and service of the motion pursuant to Local Rules W.D. Wash. LCR 7(d)(3) unless the parties agree to different times for filing the response and reply memoranda). | January 9, 2026 |
| Opposition to Motion to Certify Class: | January 23, 2026 |

ORDER - 1

| Reply in Support of Motion to Certify Class: | January 30, 2026 |
|---|---|
| Hearing on Motion to Certify Class: | To be set by the Court after briefing completed |

This Order is issued at the outset of the case, and a copy is sent by the clerk to counsel for plaintiffs (or plaintiffs, if pro se) and any defendants who have appeared. Plaintiffs' counsel (or plaintiffs, if pro se) are directed to serve copies of this Order on all parties who appear after this Order is filed. Such service shall be accomplished within ten (10) days after each appearance.

The court will set further case schedule deadlines pursuant to Federal Rule of Civil Procedure 16(b) after ruling on the motion for class certification. Counsel for Plaintiffs shall inform the court immediately should Plaintiffs at any time decide not to seek class certification. The dates set in this scheduling order are firm dates that can be changed only by order of the court, not by agreement of the parties. The court will alter these dates only upon good cause shown. The failure to complete discovery within the time allowed will not ordinarily constitute good cause.

Dated this 18th day of July, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2