THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH SANT, MERTON CHUN, RONESHA SMITH, and HEATHER NICASTRO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKETREACH LLC,<br><br>Defendant | CAUSE NO. 2:24-cv-1626-RSM<br><br>NOTICE OF ATTORNEY APPEARANCE<br><br>**(CLERK'S ACTION REQUIRED** |

TO: CLERK OF THE COURT; and

TO: ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Defendant ROCKETREACH LLC, without waiving objection as to improper service, or jurisdiction, hereby enters its appearance by the undersigned attorneys. You are requested to serve all further papers and proceedings in said cause, except original process, upon said attorneys at their address below stated.

//
//
//
//
//

NOTICE OF ATTORNEY APPEARANCE - 1

CAUSE NO. 2:24-cv-1626-RSM

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

1  DATED this 17th day of October, 2025.

2                         WILSON ELSER MOSKOWITZ EDELMAN &
3                         DICKER LLP

4

5  By: */s/ Maryam Nayibova*_____
     Maryam Nayibova, WSBA No. 61075
     Of Attorneys for Defendant
6       RocketReach LLC

7       520 Pike Street, Suite 2350
     Seattle, WA 98101
8       (206) 709-5900 (MAIN)
     (206) 709-5901 (FAX)
9       maryam.nayibova@wilsonelser.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF ATTORNEY APPEARANCE - 2

CAUSE NO. 2:24-cv-1626-RSM

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

# CERTIFICATE OF SERVICE

I hereby declare that on this day I caused the foregoing document to be filed with the Court using the Court's electronic filing system which will serve a copy of this document upon all counsel and parties on record to the following:

*Counsel for Plaintiffs*

Nick Major
NICK MAJOR LAW
450 Alaskan Way S, #200
Seattle, WA 98104
Nick@nickmajorlaw.com

Tyler K. Somes, *Pro Hac Vice*
HEDIN LLP
1100 15th St NW, Ste. 04-108
Washington, D.C. 20005
tsomes@hedinllp.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated on this 17th day of October 2025 at Seattle Washington.

<u>*s/Soumya Reddy*</u>
Soumya Reddy
Legal Assistant
Soumya.reddy@wilsonelser.com

NOTICE OF ATTORNEY APPEARANCE - 3

CAUSE NO. 2:24-cv-1626-RSM

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)