THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH SANT, MERTON CHUN, RONESHA SMITH, and HEATHER NICASTRO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKETREACH LLC,<br><br>Defendant | CAUSE NO. 2:24-cv-1626-RSM<br><br>NOTICE OF WITHDRAWAL OF COUNSEL<br><br>**(CLERK'S ACTION REQUIRED** |

TO:  CLERK OF THE COURT; and

TO:  ALL PARTIES AND THEIR COUNSEL:

NOTICE IS HEREBY GIVEN that attorney, Patrick Lynch of the law firm of Wilson Elser Moskowitz Edelman & Dicker LLP Inc. hereby withdraws as the attorney for Defendant, ROCKETREACH LLC. Maryam Nayibova, Matthew N. Foree and Anjali C. Das of the same firm, will remain counsel of record for Defendants.

//

//

//

//

NOTICE OF WITHDRAWAL OF COUNSEL - 1

CAUSE NO. 2:24-cv-1626-RSM

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

322559414v.1

1 | DATED this 17th day of October, 2025.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP


By: _/s/ Patrick Lynch_____
Patrick Lynch, WSBA No. 53147
Withdrawing Attorneys for Defendant
RocketReach LLC

520 Pike Street, Suite 2350
Seattle, WA 98101
(206) 709-5900 (main)
(206) 709-5901 (fax)
patrick.lynch@wilsonelser.com

NOTICE OF WITHDRAWAL OF COUNSEL - 2

CAUSE NO. 2:24-cv-1626-RSM

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

322559414v.1

# CERTIFICATE OF SERVICE

I hereby declare that on this day I caused the foregoing document to be filed with the Court using the Court's electronic filing system which will serve a copy of this document upon all counsel and parties on record to the following:

*Counsel for Plaintiffs*

Nick Major
NICK MAJOR LAW
450 Alaskan Way S, #200
Seattle, WA 98104
Nick@nickmajorlaw.com

Tyler K. Somes, *Pro Hac Vice*
HEDIN LLP
1100 15th St NW, Ste. 04-108
Washington, D.C. 20005
tsomes@hedinllp.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated on this 17th day of October 2025 at Seattle Washington.

> */s/Antonio Alexander*
> Antonio Alexander, Legal Assistant
> Antonio.Antonio@wilsonelser.com

NOTICE OF WITHDRAWAL OF COUNSEL - 3

CAUSE NO. 2:24-cv-1626-RSM

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

322559414v.1