THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH SANT, MERTON CHUN,
RONESHA SMITH, and HEATHER
NICASTRO, individually and on behalf of all
others similarly situated

       Plaintiffs,

   vs.

ROCKETREACH LLC,

       Defendant.

Case No. 2:24-cv-1626-RSM

## **<u>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL</u>**

      Plaintiffs Joseph Sant, Merton Chun, Ronesha Smith, and Heather Nicastro hereby give notice under Fed. R. Civ. P. 41(a)(1)(A)(i) of the voluntary dismissal with prejudice of their claims in the above-captioned action.

Dated:  March 13, 2026

Respectfully submitted,

By:   */s/ Nick Major*

**NICK MAJOR LAW**
NICK MAJOR
450 Alaskan Way S. #200
Seattle, WA 98104
Telephone: (206) 410-5688
E-Mail: nick@nickmajorlaw.com

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL - 1
Case No. 2:24-cv-1626-RSM

**HEDIN LLP**
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
+1 (305) 357-2107

**HEDIN LLP**
Tyler K. Somes (*pro hac vice*)
1100 15th Street NW, Ste 04-108
Washington, DC 20005
Telephone: (202) 900-3331
Email: tsomes@hedinllp.com

*Counsel for Plaintiffs and the Putative Class*

<u>**CERTIFICIATE OF SERVICE**</u>

I hereby certify that on March 13, 2026, I electronically filed the forgoing using the CM/ECF system, which will send notification of such filing to all counsel of record registered on the CM/ECF system.

Dated this 13th day of March, 2026

/s/ *Tyler K.  Somes*
Tyler K. Somes

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL - 2
Case No. 2:24-cv-1626-RSM

**HEDIN LLP**
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
+1 (305) 357-2107